UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | ED CV 18-00722-AB (SPx) | Date: | May 24, 2018 |
|---|---|---|---|

| Title: | *Robert Lamont Brown, Sr. v. Southwest Credit Systems, L.P.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER GRANTING MOTION TO DISMISS CASE (Dkt. No. 8)

On February 7, 2018, Plaintiff Robert Lamont Brown, Sr. ("Plaintiff") filed the instant action in the Small Claims Court of the San Bernardino Superior Court against Southwest Credit Systems, L.P. ("Defendant"). (*See* Dkt. No. 1-1 ("Compl.").) Plaintiff seeks damages in connection with an alleged copyright violation. (*See* Compl.) Defendant removed this action to this Court on April 9, 2018. (Dkt. No. 1.)

On April 16, 2018, Defendant filed the instant Motion to Dismiss Plaintiff's Complaint. (Dkt. Nos. 8, 8-1.) The Court finds that dismissal of the Complaint is appropriate because the Complaint does not contain sufficient factual allegations to state a claim under Federal Rule of Civil Procedure 8(a). Fed. R. Civ. P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009). Plaintiff's failure to meet the federal pleading standards is understandable, given that Plaintiff originally filed this case in the Small Claims Court of the San Bernardino Superior Court. (Compl.)

While Defendant makes certain arguments that Plaintiff cannot maintain his copyright action as a matter of law, the facts upon which Defendant relies to make such arguments are not apparent from the face of Plaintiff's Complaint. (*See* Compl.) Thus,

because dismissal is warranted, but it is not clear to the Court that amendment would be futile, the Court dismisses Plaintiff's Complaint with leave to amend.

     Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss, and the Complaint is **DISMISSED** with leave to amend.  The Court **ORDERS** Defendant to serve Plaintiff with a copy of this Order no later than Friday, June 1, 2018.  If Plaintiff chooses to file an amended Complaint, he must do so within 30 days of service of this Order.  The hearing on May 25, 2018 is hereby **VACATED**.

     In order to assist Plaintiff, who proceeds *pro se*, the Court provides information for the Federal *Pro Se* Clinic.  The Federal *Pro Se* Clinic in Los Angeles is located at the following address:

    Edward Roybal R. Federal Building and U.S. Courthouse
    255 East Temple Street, Suite 170
    Los Angeles, CA 90012

and can be reached at (213) 385-2977, Ext. 270.  Plaintiff is urged to check the website (prose.cacd.uscourts.gov) or call for available hours.

     The Federal *Pro Se* Clinic in Riverside is located at the following address:

    George E. Brown Federal Building
    3420 Twelfth Street, Room 125
    Riverside, CA 92501

and can be reached at (951) 682-7968.  Plaintiff is urged to check the website (prose.cacd.uscourts.gov) or call for available hours.

     **IT IS SO ORDERED.**